UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDALL SIMMONS *individually and on behalf of others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-02409-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 12th day of January, 2026.

　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　By:　s/Traci Clements Campbell
　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 12, 2026
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
　　　Deputy Clerk